JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL WAKEFIELD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FABLETICS, INC,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00520-FLA (MARx)<br><br>**ORDER DISMISSING ACTION [DKT. 12]** |

On March 2, 2023, Plaintiff Rachel Wakefield ("Plaintiff") filed a Notice of Voluntary Dismissal ("Notice"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 12. Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's March 1, 2023 Order to Show Cause is DISCHARGED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: March 3, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge